UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14029-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**GERSON ANTONIO ALVARADO**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 25]. On November 19, 2021, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 19] during which Defendant pled guilty to Counts Two and Three of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 22 and 23]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts Two and Three, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts Two and Three [ECF No. 25]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 25] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Gerson Antonio Alvarado as to Counts Two and Three of the Indictment is **ACCEPTED**;

CASE NO. 21-14029-CR-CANNON

3. Defendant Gerson Antonio Alvarado is adjudicated guilty of Counts Two and Three of the Indictment. Count Two charges Defendant with possession with intent to distribute 5 grams or more of methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). Count Three charges Defendant with possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). In exchange for Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Count 1 against Defendant at sentencing [ECF No. 23 ¶ 2].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of December 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record