FILED BY _____ D.C

OCT 13 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Clerk of Court
Southern District of Florida
109 North 2nd Street
Fort Pierce, Fl 34950

September 26, 2022

RE: Docket Sheet

Case # 21-14029-CR-CANNON/MAYNARD

Dear Honorable Clerk,

   I trust this correspondence finds you well.
The purpose of this correspondence is to inquire
of you, the status of the above refrenced?

Could you kindly advise?
      I Thank You in advance for your
cooperation regarding this issue.

                    Respectfully submitted.
                    Gerson Alvarado
                    # 65230-509
                    FCI Bennettsville,
                    P.O. Box 52020
                    Bennettsville, SC 29512

$0.570
US POSTAGE
FIRST-CLASS
062S0009565040
34950

ORLANDO FL 328

1 OCT 2022TVE 5 L

Reply To:
Federal Public Defender
Southern District of Florida
109 North 2nd Street.
Fort Pierce, FL 34950

OFFICIAL BUSINESS

Clerk's Office
United States Federal Courthouse
101 S. U.S.  Highway One
Fort Pierce, Florida 34950

34950-420901



SEP 27 2022

S.C. 29512

FOREVER / USA

RECEIVED
OCT 03 2022
Federal Public Defender
Southern District of Florida
Pierce District Office

Clerk of the Court House
Southern District of Florida
109 North 2nd Street
Fort Pierce, Fl 34950

Gerson Alvarado # 45230-509
FCI Bennettsville
Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC 29512

7020 0640 0001 2735 9895

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

COLUMBIA SC 290
27 SEP 2022
27 SEP 2022 PM 2 L